HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY GOAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00105-MJS |
| Plaintiff, | **STIPULATION FOR RULE 43 WAIVER FOR DEFENDANT; ORDER THEREON** |
| vs. | |
| TIMOTHY GOAD, | Date:  January 6, 2016 |
| Defendant. | Time:  10:00 a.m. |
| | Judge:  Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Timothy Goad, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone teleconference for the initial appearance hearing on January 6, 2016.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government does not object to this request.

Mr. Goad is charged with failure to use a safety belt, driving while under the influence with an alcohol concentration of 0.08 grams or more, and turning without signaling.  His initial appearance is scheduled for January 6, 2016.  He anticipates entering not guilty pleas at that time.

1  Mr. Goad resides in Stockton, California, and is currently unemployed.  He was last
2 employed at the Amazon distribution center in late December 2015.  Mr. Goad lives with his
3 mother, who just returned home on January 2, 2016, from being in the hospital due to a stroke.
4 Mr. Goad is unable to leave his mother unattended given her current health condition.  Moreover,
5 because Mr. Goad is currently unemployed, the cost required for Mr. Goad to travel to Yosemite
6 would constitute a serious hardship.
7  Therefore, Mr. Goad respectfully requests the Court grant a waiver of his right and
8 obligation to be personally present and that he be permitted to appear via telephone conference
9 from Stockton.

Respectfully submitted,

Date:  January 4, 2016           */s/ Matthew McNease*
                                 Matthew McNease
                                 Yosemite Legal Officer
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: January 4, 2016            */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 TIMOTHY GOAD

**O R D E R**

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via telephone conference at the initial appearance hearing in Case No. 6:15-mj-00105-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   January 4, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE