AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **TIMOTHY GOAD** | Case Number: **6:15MJ00105-001** |
| | Defendant's Attorney: Erin Snider, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)  Three  of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23 (a)(2) | Drive with an alcohol concentration in his blood or breath of .08 grams or more of alcohol. | September 11, 2015 | Three |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓] Count (s)  One, Two and Four  are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.            [✓] Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**3/9/2016**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

3/11/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **TIMOTHY GOAD**  
CASE NUMBER: **6:15MJ00105-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
Twenty Four Months of Probation.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a a special assessment of $ 10.00 for a total financial obligation of $ 10.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.  
    2500 Tulare Street, Rm 1501  
    Fresno, CA 93721

3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 60 days. Defendant shall surrender to the US Marshal on January 5, 2018.

4. The Defendant shall enroll in a Multi-Offender DUI program through the California Department of Motor Vehicles within the first six months of probation.

5. The Defendant is ordered to personally appear for a Probation Review Hearing on December 22, 2017 at 10:00 am before U.S. Magistrate Judge Seng.

6. The Defendant shall complete 200 hours of community service. The Defendant shall perform and complete the community service hours at a rate of 20 hours monthly, until he is employed at least 40 hours per week. Once defendant is employed, working 40 hours per week, community service hours may be completed at rate of 10 hours per month.

7. The Defendant shall attend _AA_|_2_ time(s) weekly for 24 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

8. The Defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.