HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY GOAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00105-MJS |
| Plaintiff, | **MOTION TO VACATE FEBRUARY 7, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| TIMOTHY GOAD, | |
| Defendant. | |

Defendant Timothy Goad hereby requests that the Court vacate the February 7, 2017 review hearing.

On March 9, 2016, the Court sentenced Mr. Goad to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a penalty assessment of $10.00, to complete a Multi-Offender DUI program, to complete 200 hours community service, and to attend Alcoholics Anonymous ("AA") meetings twice per week.

Mr. Goad paid his $10.00 penalty assessment, enrolled in a Multi-Offender DUI program, has been completing his community service, and has been attending his AA meetings.

The government is in agreement with this request. An additional review hearing is currently scheduled for December 22, 2017.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 3, 2017      /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
TIMOTHY GOAD

# **O R D E R**

Based on the parties' joint representation that Mr. Goad is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for February 7, 2017, at 10:00 a.m. in Case No. 6:15-mj-00105-MJS.

IT IS SO ORDERED.

Dated:   February 3, 2017                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE