1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TIMOTHY GOAD

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No. 6:15-mj-00105-MJS
                                      )
12 |        Plaintiff,                 ) **MOTION TO VACATE FEBRUARY 6, 2018**
                                      ) **REVIEW HEARING; ORDER**
13 | vs.                               )
                                      )
14 | TIMOTHY GOAD,                     )
                                      )
15 |        Defendant.                 )
                                      )

16

17      Defendant Timothy Goad hereby requests that the Court vacate the February 6, 2018

18 review hearing.  The Government is in agreement with the request.

19      On March 9, 2016, the Court sentenced Mr. Goad to twenty-four months of unsupervised

20 probation, with the conditions that he obey all laws and advise the Court and Government within

21 seven days of being cited or arrested for any alleged violation of law.  He was also ordered to

22 pay a penalty assessment of $10.00, to complete a Multi-Offender DUI program, to complete

23 200 hours of community service, and to attend Alcoholics Anonymous ("AA") meetings twice

24 per week.

25      Mr. Goad paid his $10.00 penalty assessment, enrolled in his Multi-Offender DUI

26 program, completed his community service, attended AA meetings at a rate of twice per week

27 for the first year, and for the past year, Mr. Goad has been a resident at a rehabilitative program

28 designed to help individuals with substance abuse issues.

Accordingly, Mr. Goad requests that the February 6, 2018 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2018

/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TIMOTHY GOAD

# **O R D E R**

Based on the parties' joint representation that Mr. Goad is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for February 6, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 1, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE